

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2014

No. 04-14-00496-CV

**IN RE Joseph P. ARMSTRONG**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Catherine Stone, Chief Justice
                  Karen Angelini, Justice
                  Marialyn Barnard, Justice

Relator filed this petition for writ of mandamus on July 16, 2014. On September 10, 2014, relator filed a motion to dismiss the petition for writ of mandamus on the basis that the parties have reached a settlement as to all matters in dispute in the underlying cause.

Relator's motion to dismiss the petition for writ of mandamus is GRANTED. This original mandamus proceeding is DISMISSED AS MOOT. The temporary stay issued by this court on July 17, 2014, is LIFTED. This court's opinion will issue at a later date.

It is so **ORDERED** on September 18th, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011-CI-09126, styled *Yolanda Castaneda v. Joseph P. Armstrong*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.